# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBASHINI CHANDRASEKERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>Defendant. | Case No.: 1:23-cv-03767-ENV-SJB |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the voluntary dismissal of this matter without prejudice. Each party shall bear its own attorney's fees and costs.

Dated: December 8, 2023                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Joseph I. Marchese*
           Joseph I. Marchese

Joseph I. Marchese
1330 Avenue of the Americas
32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC**

By:   */s/* Adrian Gucovschi
           Adrian Gucovschi

Adrian Gucovschi

630 Fifth Avenue, Suite 2000
New York, NY 10111
Telephone: (212) 884-4230
Email: adrian@gr-firm.com

*Attorneys for Plaintiff*

**BLAXTER | BLACKMAN LLP**

By:    */s/* Brian R. Blackman
       Brian R. Blackman


Brian R. Blackman (admitted *pro hac vice*)
Wells Blaxter (admitted *pro hac vice*)
David Philip Adams (admitted *pro hac vice*)
Blaxter | Blackman LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700
Email: bblackman@blaxterlaw.com
       wblaxter@blaxterlaw.com
       dadams@blaxterlaw.com

*Attorneys for Defendant*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
Dated: 12/11/2023

*/s/ Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

*The Clerk of Court is respectfully directed to close the case.*